IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD WHITTINGTON, ) | PH  07 C 6980 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KCA FINANCIAL SERVICES, INC., ) | JUDGE DARRAH |
| ) | MAGISTRATE JUDGE MASON |
| Defendant. ) | |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Ronald Whittington brings this action to secure redress from unlawful credit and collection practices engaged in by defendant KCA Financial Services, Inc.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiff within this District;

   b. Defendant does business within this District.

### PARTIES

4. Plaintiff Ronald Whittington is an individual who resides in the Northern District of Illinois.

5. Defendant KCA Financial Services, Inc. is a corporation. Its registered agent and office are Steve M. Gayheard, 1293 Herrington Road, Geneva, IL 60134.

6. Defendant KCA Financial Services, Inc. operates a collection agency. It is

1

engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7. KCA Financial Services, Inc. is a debt collector as defined in the FDCPA.

## FACTS

8. On or about September 17, 2007, KCA Financial Services, Inc. sent plaintiff Ronald Whittington the collection letter attached as Exhibit A.

9. The letter sought to collect an alleged defaulted debt incurred for personal, family or household purposes.

10. Exhibit A was the initial letter plaintiff received from defendant regarding the debts described therein.

11. On information and belief, Exhibit A was the initial letter defendant sent plaintiff regarding the debt described therein.

12. On information and belief, Exhibit A represents a form letter intended for use by KCA Financial Services, Inc. as the initial letter it sends to a consumer.

13. On October 11, 2007, plaintiff disputed the debt. Exhibit B is a copy of plaintiff's dispute letter.

14. At no time did defendant provide any verification of the alleged debt.

15. Subsequently, on the following dates, agents of KCA Financial Services, Inc. telephoned plaintiff and left messages for him: October 15, 2007; October 17, 2007; October 22, 2007; October 29, 2007; October 31, 2007; November 6, 2007; November 12, 2007; November 14, 2007 (twice); December 10, 2007.

## VIOLATIONS COMPLAINED OF

16. Defendant thereby violated 15 U.S.C. §1692g, by continuing collection activity without providing validation.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

   (1) Statutory damages;

   (2) Attorney's fees, litigation expenses and costs of suit;

   (3) Such other and further relief as the Court deems proper.

         s/Daniel A. Edelman
         Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
  & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

 Plaintiff demands trial by jury.

         s/Daniel A. Edelman
         Daniel A. Edelman

## **NOTICE OF LIEN**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


t:\20618\pleading\complaint_pleading.wpd