FILED
DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH  **07 C 6980**

**JUDGE DARRAH
MAGISTRATE JUDGE MASON**

# EXHIBIT A

TT2491-1-1L0 - 866-372-6914
KCAFS 628 North Street
Post Office Box Number 53
Geneva, IL 60134
Forwarding Service Requested

9/17/2007  1
PROVENA ST JOSEPH MED CTR
ACCT#: Redacted
Total Due  $1,625.54

For your convenience you can now make payments by going to our website at: www.kcafs.com.
Click on "On Line Payments" and follow the instructions that are provided.

RONALD WHITTINGTON

KCA FINANCIAL SERVICES, INC.
628 North Street
Post Office Box Number 53
Geneva, IL 60134

Redacted

**PLEASE ENCLOSE THIS PORTION WITH YOUR PAYMENT**

TT2491-1-1L0 - 866-372-6914
RONALD WHITTINGTON

Redacted

KCA
Financial Services, Inc.

KCA FINANCIAL SERVICES, INC.
628 North Street
Post Office Box Number 53
Geneva, IL 60134

9/17/2007
RE: YOUR ACCOUNT:
Creditor
PROVENA ST JOSEPH MED CTR

Account Number
Redacted

| | Principal | Interest | Costs | Total Fees |
|---|---|---|---|---|
| | $1,625.54 | $0.00 | $0.00 | $1,625.54 |

Other Accounts: $0.00
Total Due  $1,625.54

This account has been listed with our office for collection!

Return the top section with payment in full!

For your convenience, we accept Visa and Mastercard.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

This communication is from a debt collector.

Sending an eligible check for payment to us is deemed sufficient authorization to complete the payment by electronic debit. By doing so, your checking account will be debited the amount of the check and your cancelled check will not be returned by your bank.

Hours of Operation: M-Th 7AM-9PM, F 7AM-5PM, Sat 8AM-12PM CST - Telephone: 866-372-6914
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
447

# EXHIBIT B

Ron Whittington
Redacted
October 11, 2007

KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134

Re: Dispute of Collection Action: Case NO.   Redacted   0914

To the person at KCAFS responsible for this case:

On October 4, 2007 I received a letter sent by an undisclosed person at KCA Financial Services, Inc., that informed me that KCA Financial Services, Inc. is attempting to collect $1,625.54. This individual is collecting on behalf of "Provena St. Joseph Med Ctr".

This is to inform you that I dispute the debt because I do not recognize the stated creditor or amount stated. Possibly you have confused me with some other individual who may owe this debt. I am hereby requesting that you confirm the fact that I owe this debt as required by any applicable state and federal laws. Please contact the creditor to obtain verification.

In addition, under the provisions of state and federal Fair Debt Collection Practices Act (FDCPA), Fair Credit Reporting Act (FCRA), and related consumer statutes, I am hereby instructing you that you are to cease collection of the debt while efforts are made to obtain verification. Until you resolve this error with the creditor, you should contact neither me nor anyone else except the creditor about this collection.

Furthermore, any reporting of this matter to a credit-reporting agency is premature. Until you have investigated my dispute, you should not relay negative information to a credit-reporting agency. If negative information has already been reported, you will need to notify the agency to remove said report until the investigative process is over so that my credit report remains accurate, or at the very least, my credit report should be updated to reflect my dispute.

Your next contact with me should be either notice that the creditor has failed to provide verification of the debt and that the matter has been closed or that you believe that this debt is valid and are providing proof of my responsibility. If the former, please confirm that I am not being held responsible for the debt in writing and also that if the account has already been noted on my credit report, that you will contact the bureau(s) in question to have the account removed. If the latter, I expect that you will provide me with an explanation as to why you have decided not to remove this account from collections and a copy of all documents relevant to the debt such as the application, bills, records of communications and payments, and any other data that indicates my responsibility.

I am instructing you not to contact any third parties such as my employer, neighbors, friends or family members. In addition, you may not contact me by phone at work or at my home about this collection activity. All future correspondence should be sent to me in writing.

I look forward to your acknowledgement that you have received this notice by October 26, 2007.

Sincerely,


Ron Whittington