## United States District Court for the Northern District of Illinois

Case Number: 07CV6980                      Assigned/Issued By: J. N.

Judge Name: DARRAH                          Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 2396799

Date Payment Rec'd: 12-12-07    Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

1  Original and  1  copies on  12-12-07  as to  DEFENDANT
                               (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05