AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

RONALD WHITTINGTON,

V.

KCA FINANCIAL SERVICES, INC.,

CASE NUMBER: **07 C 6980**

ASSIGNED JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE MASON**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

KCA FINANCIAL SERVICES, INC.
c/o Steve M. Gayheard, Registered Agent
1293 Herrington Road
Geneva, IL 60134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_

(By) DEPUTY CLERK

December 12, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Ronald Whittington vs. KCA Financial Services, Inc.

CASE NUMBER: 07 C 6980

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **KCA Financial Services, Inc. c/o its Registered Agent Steve M. Gayheart** at his/her usual place of business located at **1293 Herrington Road, Geneva, IL 60134** by serving his/her authorized agent and/or employee **Cathy Gayheart** on **12/28/2007** at **11:35 AM**.
Description: **Sex: Female – Age: 43 – Skin: White – Hair: Brown – Height: 5.9 – Weight: 145**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and Sworn to before me on this
31 day of December, 20 07.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009