**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD WHITTINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 07 CV 6980 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | |
| KCA FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Ronald Whittington hereby dismisses his individual claim against KCA Financial Services, Inc. with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,


**RONALD WHITTINGTON**

By: s/Francis R. Greene
        One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on April 18, 2008, I filed the foregoing document with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following parties via electronic mail:

Nabil G. Foster
nfoster@hinshawlaw.com
gjones@hinshawlaw.com


                                                    s/Francis R. Greene
                                                    Francis R. Greene