UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ronald Whittington
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−06980
                                                       Honorable John W. Darrah

KCA Financial Services, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiff having filed a notice of dismissal, this case is hereby closed. Status hearing set for 4/22/08 is vacated. Civil case terminated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.